IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 JUL 23 PM 12:29
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOYCE M. BEAUCHAMP,<br><br>　　　　Defendant. | 8:25CR148<br><br>INDICTMENT<br>18 U.S.C. § 2251(a) & (e)<br>18 U.S.C. § 2252(a)(2) & (b)(1) |

The Grand Jury charges that

## COUNT I

Beginning on an unknown date and continuing through on or about December 31, 2022, in the District of Nebraska and elsewhere, defendant JOYCE M. BEAUCHAMP, did, and attempted to, employ, use, persuade, induce, entice, and coerce MINOR VICTIM 1, a person under the age of eighteen, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT II

Beginning on an unknown date and continuing through on or about December 31, 2022, in the District of Nebraska and elsewhere, defendant JOYCE M. BEAUCHAMP, did, and attempted to, employ, use, persuade, induce, entice, and coerce MINOR VICTIM 2, a person under the age of eighteen, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual

depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT III

Beginning on an unknown date and continuing through on or about February 14, 2023, in the District of Nebraska and elsewhere, defendant JOYCE M. BEAUCHAMP, did knowingly distribute and attempt to distribute, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

SARAH A. HINRICHS, #24335
Assistant U.S. Attorney